UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Won Yong Sung, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

Asset Recovery Solutions, LLC,

          Defendant.

Case No: 2:20-cv-02724-SDW-LDW

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 11, 2020

**BARRON & NEWBURGER, P.C**

By:   /s Mitchell Williamson
Mitchell Williamson, Esq.
458 Elizabeth Avenue, Suite 5371
Somerset, New Jersey 08873
Tel: (973) 753-5100
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 118600
*Attorneys for Plaintiff*

**SO ORDERED**
*s/ **Susan D. Wigenton***
Hon. Susan D. Wigenton
United States District Judge
Dated: August 12, 2020